Per Curiam.

(No. 73-CC-109)

Estate of Samuel Yaksic, Claimant, *vs.* State of Illinois, Industrial Commission, Respondent.

*Opinion filed April 27, 1973.*

Mrs. Julia Bedeselich Yaksic, for Claimant.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 73-CC-115)

Condell Memorial Hospital, Claimant, *vs.* State of Illinois, Department of Mental Health, Respondent.

*Opinion filed April 27, 1973.*

Condell Memorial Hospital, Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Per Curiam.